# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>　　　　　　　　　　Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (JKS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,<br><br>　　　　　　　　　　Plaintiff,<br>　　　vs.<br><br>KAREN I. CLARA,<br><br>　　　　　　　　　　Defendant. | Adversary Proceeding<br>Case No. 19-50824 (JKS) |

## NOTICE OF VOLUNTARY DISMISSAL OF
## <u>ADVERSARY PROCEEDING</u>

**PLEASE TAKE NOTICE** that, pursuant to that certain *Settlement Agreement*, entered into by and between plaintiff Michael Goldberg, as Liquidating Trustee of the Woodbridge Liquidation Trust and defendant Karen I. Clara, and Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, as made applicable hereto by Rule 7041 of the Federal Rules of Bankruptcy Procedure, the Woodbridge Liquidation Trust hereby dismisses the above-

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 201 N. Brand Blvd., Suite M, Glendale, California 91203.

DOCS_LA:340962.1 94811/003

referenced adversary proceeding with prejudice. The parties shall bear their own attorneys' fees and costs.

| | | |
|---|---|---|
| Dated: | November 30, 2021<br>Wilmington, Delaware | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ Colin R. Robinson*<br>Bradford J. Sandler (DE Bar No. 4142)<br>Andrew W. Caine (CA Bar No. 110345)<br>Colin R. Robinson (DE Bar No. 5524)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899 (Courier 19801)<br>Telephone: 302-652-4100<br>Fax: 302-652-4400<br>Email: bsandler@pszjlaw.com<br>       acaine@pszjlaw.com<br>       crobinson@pszjlaw.com<br><br>*Counsel to Plaintiff Michael Goldberg, as Liquidating Trustee of the Woodbridge Liquidation Trust* |